No. 587. REICH, DOING BUSINESS AS AUTOMOTIVE PRODUCTS CO., v. CHAMPION SPARK PLUG Co. October 20, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Donald W. Johnson* and *Charles V. Garnett* for petitioner. *Mr. Wilber Owen* for respondent.

No. 590. STANDARD OIL CO. OF NEW JERSEY v. UNITED STATES. October 20, 1941. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied. *Mr. Edward P. Sharretts* for petitioner. *Assistant Solicitor General Fahy* and *Messrs. Paul P. Rao, Charles D. Lawrence,* and *John R. Benney* for the United States.

No. 592. SPRAGUE, RECEIVER, v. WOLL, U. S. ATTORNEY, ET AL. October 20, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Ralph R. Bradley* and *Robert E. Quirk* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Arnold,* and *Messrs. Robert L. Stern, Daniel W. Knowlton,* and *Nelson Thomas* for J. Albert Woll et al., and *Mr. Wm. B. Rubin* for Division 900 of the Amalgamated Association of Street Electric Railway & Motor Coach Employees, respondents.

No. 584. POPE v. CURRAN ET AL. October 27, 1941. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Haywood Pope, pro se.*